UNITED STATES of America,
Plaintiff–Appellee,

v.

Shelley Irene HERNANDEZ,
Defendant–Appellant.

No. 04–10716.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided June 23, 2005.

Susan B. Cowger, Rick Calvert, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

---

Carlos R. Cardona, Assistant Federal Public Defender, Douglas A. Morris, Federal Public Defender's Office Northern District of Texas, Dallas, TX, for Defendant–Appellant.

Before WIENER, STEWART, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Shelley Irene Hernandez has requested leave to withdraw based on an appeal waiver in Hernandez's plea agreement and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Hernandez has filed a response. Our independent review of the brief, Hernandez's response, and the record discloses no non-frivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

